Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

AUG - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ANTHONY BRADEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G.J. GIURBINO,<br><br>　　　　　Respondent. | Case No. CV 05-2689-JVS(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and dismissed with prejudice.

DATED: _____8-4-08_____

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE